IN THE U.S. DISTRICT COURT OF CONNECTICUT
New Haven

| | |
|---|---|
| PAUL A. BOYNE | Case No. 3:16MJ691(JGM)  Under Seal? |
| v. | 3:16MJ692(JGM) |
| UNITED STATES OF AMERICA | 3:16MJ693(JGM) |
| | USMJ Joan G. Margolis |

  

## MOTION TO UNSEAL

The undersigned moves to unseal the caption cases and all related information to allow public scrutiny of what is malfeasance of state actors abusing the federal criminal justice system to affect judicial retaliation from the state level, in deprivation of rights under 18 USC §241.

The movant is a target of FBI Lisa Tutty's 'twitter' police force and feigned federal criminal investigation into free political speech of the people. The investigation appears to be associated with a federal free speech investigation case number 9E-NH-7274619, allegedly related to the Connecticut Intelligence (sic) Center, a.k.a. Fusion Center, investigating protected political speech of several unnamed persons, in addition to the undersigned dating to August 2014.

The gestapo government terrorist counsel, Anastasia King does admit in filing of 5.24 that cases 691/692/693 exist, but the Clerk of the Court publicly states there

are no records of such cases. The public has no ability to determine how many super secret double probation sealed witch hunt cases exist that conspire to defeat First Amendment protections by the traitorous magistrates Sarah Merriman, Joan Margolis and other secretive operatives working to undermine the Constitution.

The cheeky, smug federal terrorist miscreant, MJ Merriman did pen the foolish order below which requires the public to guess at the super secret double probation sealed cases it wishes to scrutinize under the privileges and protections provided by the First Amendment. To wit:

*ORDER. Movant Paul Boyne ("movant") has filed a Motion seeking to "unseal this case and all related information[.]" Doc. #[3] at 1. Movant also requests the unsealing of two search warrants issued by Judge Joan G. Margolis, and "any other warrants, subpoenas and all government filings... as the federal government holds no compelling interest to criminalize political speech nor to seek out political critics of state officials." Id. The Court limits its substantive consideration to movant's motion to unseal **this specific case**, In re: Grand Jury Subpoena, 3:16MC185(SALM) (D. Conn. June 23, 2016), and the documents filed under that case number. To the extent movant seeks to unseal other matters, he must file appropriate motions in those other cases.*

*The government has filed a response to movant's motion stating that it does not oppose the unsealing of this case in light of movant's awareness of the investigation and the unsealing of an affidavit in a related case filed in the Eastern District of Virginia. See Doc. #[7] at 1-2.*
*The Court finds no good cause to maintain this case under seal. Accordingly, movant's [3] MOTION to Unseal Case is GRANTED, as limited to **this case**, absent objection. See, e.g., United States v. Doe, 63 F.3d 121, 128 (2d Cir. 1995). To the extent movant seeks to unseal matters filed in other cases or under other docket numbers, the motion is DENIED, without prejudice to the filing of appropriate motions in such other cases. The Clerk of the Court shall unseal this*

*case and all documents filed therein forthwith. The Clerk of the Court shall also cause a copy of this Order to be mailed to movant at his address of record. It is so ordered. Signed by Judge Sarah A. L. Merriam on 5/26/2017. (Katz, S.)*

Terrorist MJ Merriman, of feeble mind and little constitutional fortitude has now 'limited' the power of the First Amendment denying public scrutiny of federal malfeasance. To wit:

> *The Court [Nut Job Magistrate Merriman] limits its substantive consideration to movant's motion to unseal **this specific case [3:16MC185]**.*

The subversive MJ Merriman further embarrasses the court by her stupidity:

> *To the extent movant seeks to unseal other matters, he must file appropriate motions in those other cases.*

Where even a fifth grader might ask how to file in specific cases that are not known to the public?

It is public knowledge that MJ Margolis issued at least two search warrants without probable cause, in violation of the Fourth Amendment, in violation of her oath of office and for the purpose of seeking fruits of protected political speech, on or before 5 December 2016, the movant requests that these and any other warrants, subpoenas, government filings, alien filings, terrorist filings and any information related to the subversive efforts of the gestapo fusion center under case #9E-NH-7274619 be unsealed as the federal government holds no compelling interest to criminalize political speech nor to seek out political critics of state officials. Public scrutiny of unscrupulous public actors working with public funds in a public forum to defeat the First Amendment, is a First Amendment right. Any effort by

the court to conceal such activity is terrorism. The people have cause to uphold the Constitution and all its pesky amendments against the federal government's effort to defeat same.

Given that MJ Merriman and Margolis have betrayed their oaths of office and do reek of the foul stench of constitutional infirmness, this matter needs to be assigned to a real judge of the federal bench. Defense of the constitution is requisite.

Based on public statements made by FBI agents under the direction of Special Speech Agent Lisa Tutty on 19 January, an FBI raid executing a search warrant on feigned probable excuse for 18 USC §875(c) and 18 USC §2261A, the admitted purpose was based on an unqualified concern for 'escalating memes' about the corrupt and evil Judge Elizabeth Bozzuto. As members of the Connecticut State General Assembly have voiced public concern of judicial retaliation by the evil twisted judges of the Family Court, the public has cause to examine the file. Democracy dies in darkness.

The federal activity is in direct opposition to findings of *U.S. v Cassidy, 814 F.Supp.2d 574 (2011)*. Parody 'tweets' on Twitter in political criticism of public figures in public forums are protected under the First Amendment, even under pseudonyms. There is no criminal 'escalation' metric buried in the First. The public can only suspect federal misconduct is afoot and that federal magistrates are willing conspirators.

Wherefore, the aforementioned presented, the government holding no compelling interest to silence political speech, all files relating to FBI Tutti's terroristic activities must be unsealed so the public and elected representatives of Connecticut can

scrutinize the misconduct at hand. The matter to be assigned to a real federal judge as the incompetent magistrates, having abandoned duty, being domestic enemies of the Constitution are unable to protect the rights of the people nor execute their oaths of office and so undermine the integrity of the court in deference to the people.

Requested specifics:
1. Assign request to a real federal judge capable of upholding the Constitution.
2. Unseal, make public ALL cases/filings related to FBI case #9E-NH-7274619.
3. Disclose all related cases and apply this request to unseal.
4. Displacement of AUSA King for violations of Fourth Amendment.
5. Notice by court to all persons targeted by gestapo speech police.

Paul A. Boyne, Pro Se
8105 Creekview Drive
Springfield, VA 22153
571 318 0080
paboyne@gmail.com

cc: AUSA Anastasia King